# Exhibit A

# Worby Groner Edelman & Napoli Bern LLP

A Partnership of Limited Liability Partnerships
115 Broadway
New York, New York 10006
(212) 267-3700

www.wgenblaw.com

May 16, 2007

**VIA: ELECTRONIC MAIL**
Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

    Re:   *In Re World Trade Center Lower Manhattan Disaster Site Litigation - 21 MC 102*

Dear Judge Hellerstein:

    We are preparing to file new check-off complaints for certain cases pursuant to this Court's March 21, 2007 Order. Attached hereto as Exhibit "A" is a list of cases erroneously filed in the 21 MC 100 master docket including the index number, date filed, and plaintiff's name, that should be removed and classified as related to the 21 MC 102 master docket. We respectfully request that Your Honor instruct the Clerk of this Court to transfer the cases listed in Exhibit "A" to the 21 MC 102 master docket.

    As always, I am available if the Court has any questions.

                                Respectfully,

                                Christopher R. LoPalo

cc:    Defendants' Co-Liaison Counsel
        Plaintiffs' Co-Liaison Counsel

| Plaintiff | IndexNumber | LongFormFiled | CheckOffFiled | Removed |
|---|---|---|---|---|
| Edgar Abarca and Margoth Abarca | 06cv1648 | 16-Feb-07 | 01-Mar-06 | 14-Oct-05 |
| Luis Aguilar and Maria Aguilar | 06cv12701 | 16-Feb-07 | 20-Oct-06 | 19-Jun-06 |
| Raul Allivar | 05cv9821 | 20-Feb-07 | 18-Nov-05 | 14-Jun-05 |
| Juan Alvarez and Maricel Alvarez | 06cv2814 | 14-Feb-07 | 10-Apr-06 | 23-Sep-05 |
| Maria E. Alvarez and Carlos Chavarriage | 05cv10135 | 14-Feb-07 | 01-Dec-05 | 14-Jun-05 |
| Jose Alvarracin | 06cv14459 | 16-Feb-07 | | 07-Dec-06 |
| Santiago Alvear and Martha Carpio | 06cv2220 | 14-Feb-07 | 20-Mar-06 | 14-Jun-05 |
| Annunziato | 06cv14466 | 16-Feb-07 | | 07-Dec-06 |
| Fabio Arbelaez | 05cv10747 | 16-Feb-07 | 22-Dec-05 | 09-Feb-06 |
| Julio Arias and Jane Arias | 06CV1340 | 16-Feb-07 | 21-Feb-06 | 09-Feb-06 |
| Jhonson Arichabala | 05CV8685 | 14-Feb-07 | 11-Oct-05 | 14-Jun-05 |
| Enid Aristizabal | 06cv4377 | 16-Feb-07 | | 14-Jun-05 |
| Maria Asencio | 05cv1124 | 14-Feb-07 | | |
| Cesar Avila and Piedad Avila | 06-cv-01588 | 16-Feb-07 | | 28-Feb-06 |
| Alekander Bajguz and Maria Bajguz | 06cv2528 | 16-Feb-07 | 30-Mar-06 | 14-Oct-05 |
| Ivan Banda and Martha Reinoso | 06cv14483 | 16-Feb-07 | | 07-Dec-06 |
| Nestor Banda and Georgina Banda | 06cv14484 | 16-Feb-07 | | 07-Dec-06 |
| Virginia Barbosa | 06cv1649 | 14-Feb-07 | 01-Mar-06 | 14-Jun-05 |
| Luis Benitez | 06cv13799 | 16-Feb-07 | | 07-Dec-06 |
| Luz Botero | 05CV1130 | 14-Feb-07 | 29-Jun-05 | |
| Georgina Cabrera | 05CV1785 | 14-Feb-07 | | |
| Zebiullah Cagatay and Hamide Cagatay | 05cv9040 | 14-Feb-07 | 24-Oct-05 | 14-Jun-05 |
| Manuel Caguana and Antonia Caguana | 06cv11968 | 14-Feb-07 | 20-Oct-06 | 19-Jun-06 |
| Ivan Calero and Reyna Calero | 06cv1650 | 16-Feb-07 | 01-Mar-06 | 14-Oct-05 |
| Consuelo Campuzano | 06cv14529 | 16-Feb-07 | | 07-Dec-06 |
| Edison Cardenas | 06cv14533 | 16-Feb-07 | | 07-Dec-06 |
| Victor Carrasco and H LEON | 06cv0459 | 20-Feb-07 | | 23-Jan-06 |
| Silvia Castillo and Segundo Siguencia | 05cv1718 | 20-Feb-07 | | |
| Yolanda Cintron | 06cv5631 | 14-Feb-07 | 26-Jul-06 | 19-Jun-06 |
| Cecelia Claret | 06cv14554 | 16-Feb-07 | | 07-Dec-06 |
| Christopher Colucci and kelly colucci | 06cv14564 | 16-Feb-07 | | 07-Dec-06 |
| Jose Criollo and Maria Criollo | 05cv1104 | 16-Feb-07 | 30-Jun-05 | |
| Isabel DeLeon | 06cv14593 | 16-Feb-07 | | 07-Dec-06 |
| Wieslaw Demko and Elzbieta Demko | 05cv01032 | 20-Feb-07 | | 23-Sep-05 |
| Dominik Drozdz and Ewa Drozdz | 06cv14619 | 20-Feb-07 | | 07-Dec-06 |
| Stanislaw Drozdz and Monika Drozdz | 06cv14620 | 20-Feb-07 | | 07-Dec-06 |
| Elvia Dutan and Wilfredo Dutan | 06CV5504 | 16-Feb-07 | 20-Jul-06 | 12-Jan-06 |
| Jorge Encalada | 05CV10737 | 16-Feb-07 | 22-Dec-05 | 14-Oct-05 |
| James Flynn | 06cv14652 | 16-Feb-07 | | 07-Dec-06 |
| Franciszek Zugaj and Zofia Zugaj | 06cv1653 | 14-Feb-07 | 01-Mar-06 | 14-Oct-05 |
| Flavio Freire | 06cv13909 | 20-Feb-07 | | 07-Dec-06 |
| Rebeca Gallegos | 05cv9820 | 14-Feb-07 | 18-Nov-05 | 14-Oct-05 |
| Juan Gallo | 06cv14670 | 16-Feb-07 | | 07-Dec-06 |
| Jose Garcia | 06cv2218 | 16-Feb-07 | 20-Mar-06 | 14-Jun-05 |
| Viviana Garcia | 06cv14671 | 16-Feb-07 | | 07-Dec-06 |
| Gildardo Gomez | 06cv2285 | 16-Feb-07 | 23-Mar-06 | 14-Jun-05 |
| Edward Gora and Ena Rynczak Gora | 06cv3302 | 14-Feb-07 | 28-Apr-06 | 14-Oct-05 |
| Malgorzata Grabowska | 06 cv 4885 | 20-Feb-07 | | 14-Oct-05 |

| Name | Case No. | Date1 | Date2 | Date3 |
|---|---|---|---|---|
| Francisco Guerrero and Arelis Guerrero | 05CV1636 | 14-Feb-07 | | |
| Rodolfo Guevara | 06cv3301 | 20-Feb-07 | 28-Apr-06 | 19-Jun-06 |
| Rafael Gutierrez and Diana V Gutiertez | 06cv2813 | 14-Feb-07 | 10-Apr-06 | 14-Jun-05 |
| Carlos Guzman and Gloria Guzman | 06cv2884 | 20-Feb-07 | | 12-Apr-06 |
| Robert Hernandez | 06cv14719 | 16-Feb-07 | | 07-Dec-06 |
| William Hurtado | 06cv10781 | 16-Feb-07 | 18-Oct-06 | 09-Feb-06 |
| Diomedes Ibanez and Daisy Blandon | 05CV1239 | 14-Feb-07 | 27-Oct-05 | |
| Edgar Idrovo | 06cv11025 | 16-Feb-07 | 18-Oct-06 | 09-Feb-06 |
| Karpinska | 06cv14741 | 20-Feb-07 | | 07-Dec-06 |
| Jonas Jaramillo and Blanca Romelo | 06cv14746 | 20-Feb-07 | | 07-Dec-06 |
| Rogerio Jarrin and Haydee | 06cv14747 | 16-Feb-07 | | 07-Dec-06 |
| Kajewska-Pielarz | 05CV0744 | 14-Feb-07 | 01-Jul-05 | 13-Jan-05 |
| Kowalczyk | 06cv2252 | 16-Feb-07 | 22-Mar-06 | 09-Feb-06 |
| Kukacki | 06cv14781 | 16-Feb-07 | | 07-Dec-06 |
| Antoni Kurak | 06 cv 4376 | 20-Feb-07 | 09-Jun-06 | 23-Sep-05 |
| Ana Lascano | 05cv9333 | 20-Feb-07 | 31-Oct-05 | 14-Jun-05 |
| Carlos Lenis and Lucia Lenis | 06cv10045 | 14-Feb-07 | 16-Oct-06 | 14-Oct-05 |
| Ivonne Leroux | 06cv12772 | 14-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Jose Loja | 06CV12219 | 20-Feb-07 | 20-Oct-06 | 12-Apr-06 |
| Milton Lopez and Georgina L | 06cv14805 | 16-Feb-07 | | 07-Dec-06 |
| Oswaldo Lopez and Elvia V Lopez | 06cv14807 | 20-Feb-07 | | 07-Dec-06 |
| Wilber Lopez and Aracelly Gonzales | 06cv14808 | 16-Feb-07 | | 07-Dec-06 |
| Mariana Maldonado | 06cv1786 | 16-Feb-07 | 06-Mar-06 | 12-Apr-06 |
| James McCann | 06cv14847 | 16-Feb-07 | | 07-Dec-06 |
| Sean McDermott and Eileen McDermott | 06cv14854 | 16-Feb-07 | | 07-Dec-06 |
| Edgar Mendez and Jenny Patricia | 05CV1180 | 16-Feb-07 | 30-Jun-05 | |
| Montenengro | 06CV6018 | 14-Feb-07 | 07-Aug-06 | 14-Jun-05 |
| Leidis Montero | 05CV1691 | 20-Feb-07 | 04-Nov-05 | |
| Edwin Morales | 06cv8949 | 14-Feb-07 | 10-Oct-06 | 14-Jun-05 |
| Wilson Moran and Gloria Moran | 06CV12341 | 20-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Sandra Moreno | 06cv14901 | 16-Feb-07 | | 07-Dec-06 |
| Luis Naranjo | 05CV10738 | 20-Feb-07 | 22-Dec-05 | 23-Sep-05 |
| Carlos Narvaez | 06cv2221 | 16-Feb-07 | 20-Mar-06 | 12-Apr-06 |
| Orlando Ocampo and Janneth Ocampo | 05cv9161 | 14-Feb-07 | 27-Oct-05 | 14-Jun-05 |
| Mariana Ortega and Segundo Narvaez | 05CV1765 | 14-Feb-07 | | |
| Maximo Pachay | 05cv9041 | 16-Feb-07 | 24-Oct-05 | 14-Jun-05 |
| Carmen Padilla | 05cv9822 | 16-Feb-07 | 18-Nov-05 | 14-Jun-05 |
| Patricia Palma | 06 cv 3932 | 14-Feb-07 | 23-May-06 | 12-Apr-06 |
| Gabriel Pena and Ana Torres | 05CV1385 | 16-Feb-07 | | |
| Luis Pena and Maria Delourdes | 05cv10741 | 14-Feb-07 | 22-Dec-05 | 14-Oct-05 |
| Peter Gaspar | 05cv10739 | 16-Feb-07 | 22-Dec-05 | 09-Feb-06 |
| Julio Pichu | 06CV12411 | 14-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Napoleon Pina | 06CV12413 | 16-Feb-07 | 20-Oct-06 | 19-Jun-06 |
| Freddy Pineda | 05CV1349 | 14-Feb-07 | 30-Jun-05 | |
| David Pinto and Marilyn C Pinto | 06CV12415 | 14-Feb-07 | 20-Oct-06 | 09-Feb-06 |
| Jose Polo | 05CV1418 | 16-Feb-07 | 30-Jun-05 | |
| Porowski | 06cv3850 | 16-Feb-07 | 19-May-06 | 12-Apr-06 |
| Jan Pyziak and Zofia Pyziak | 06CV12425 | 14-Feb-07 | 20-Oct-06 | 23-Sep-05 |
| Quintanilla | 06CV1341 | 20-Feb-07 | 21-Feb-06 | 09-Feb-06 |

| Name | Case No. | | | |
|---|---|---|---|---|
| Angel Reyes | 06cv14998 | 16-Feb-07 | | 07-Dec-06 |
| Sonia Rivera and Andres Rivera | 06cv6234 | 16-Feb-07 | 15-Aug-06 | 14-Jun-05 |
| Maria Robles | 06cv11257 | 16-Feb-07 | 18-Oct-06 | 09-Feb-06 |
| Rosa Rodriguez | 06cv0845 | 16-Feb-07 | 02-Feb-06 | 14-Jun-05 |
| Mario Rojas | 06cv5786 | 16-Feb-07 | 31-Jul-06 | 14-Jun-05 |
| Hipolito Salgado and Teresa Salgado | 05CV1675 | 20-Feb-07 | 30-Jun-05 | |
| Oscar Sanchez | 06cv11892 | 14-Feb-07 | 20-Oct-06 | 23-Sep-05 |
| Maydi` Sarmiento | 06cv6521 | 20-Feb-07 | 28-Aug-06 | 19-Jun-06 |
| Gertrudis Savage and Edward Savage | 05cv9951 | 16-Feb-07 | 30-Jun-05 | |
| Theresa Serrano | 05cv8937 | 14-Feb-07 | 20-Oct-05 | 14-Jun-05 |
| Antonio Silva and Lupe C Silva | 05CV1260 | 20-Feb-07 | | |
| Carlos Silva | 06cv2664 | 14-Feb-07 | 05-Apr-06 | 14-Jun-05 |
| Samuel Sumba and Mercedes Samuel | 05cv1783 | 16-Feb-07 | | |
| Laneth Tabares | 06cv12826 | 16-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Stephen Tighe and Joyce Tighe | 06cv15091 | 16-Feb-07 | | 07-Dec-06 |
| Carlos Toral and Zoila Toral | 06cv6233 | 20-Feb-07 | 15-Aug-06 | 14-Jun-05 |
| Consuelo Trujillo | 06 CV 3846 | 14-Feb-07 | 19-May-06 | 23-Sep-05 |
| Mario Valenzuela and Viviana Andujar | 06cv14159 | 16-Feb-07 | | 07-Dec-06 |
| Peter Vazquez and Kattia Vazquez | 06cv0070 | 14-Feb-07 | 04-Jan-06 | |
| Fredy Velasquez and Morena Valdez | 06cv11141 | 20-Feb-07 | 18-Oct-06 | 12-Jan-06 |
| Antonio Villacres | 06cv2286 | 14-Feb-07 | 23-Mar-06 | 12-Apr-06 |
| Julio Villafuerte | 06cv1652 | 16-Feb-07 | 01-Mar-06 | 23-Sep-05 |
| Rosa Vivar and Wilson Vivar | 06cv997 | 16-Feb-07 | 08-Feb-06 | 23-Sep-05 |