UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                             :

IN RE WORLD TRADE CENTER LOWER      :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

------------------------------------------------------------------X

EDILBERTO SANCHEZ,                  :    07-CV-05384-AKH

                       Plaintiff,    :

   - against -                   :    **APPEARANCE**

A.J. GOLDSTEIN & CO., *et al.*,       :    **ELECTRONICALLY FILED**

                 Defendants.  :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       January 18, 2008

                       By:     /s/ Judith R. Cohen
                            _____
                            Judith R. Cohen (JC-8614)
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Phone: (212) 277-6500
                            Fax: (212) 277-6501

                            *Attorney for Defendant*
                            MERRILL LYNCH & CO., INC.

DOCSNY-287493